# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 12-00268-07-CR-W-DGK |
| LEVAR EUGENE FLETCHER, | ) ) ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Amended Report and Recommendation of the United States Magistrate Judge (Doc. 356), to which there has been no timely objection, the plea of guilty by the Defendant to the lesser included offense in Count One and to Count Two of the Superseding Indictment filed on December 12, 2012, is now accepted and the Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

      /s/ Greg Kays
      GREG KAYS, CHIEF JUDGE
      UNITED STATES DISTRICT COURT

Dated: June 16, 2014